Kristin A. Pelletier, (SBN 155378)
E-mail: kpelletier@bwslaw.com
Michele L. Graeler, (SBN 232575)
E-mail: mgraeler@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

JS-6

Attorneys for Defendant
BP Products North America Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA H. RUIZ, | Case No. CV 09-01391 PA (PJWx) |
| Plaintiff, | **ORDER RE DISMISSAL OF ACTION WITH PREJUDICE** |
| v. | |
| BP PRODUCTS NORTH AMERICA INC.; AND DOES 1-10, INCLUSIVE, | |
| Defendant. | |

Pursuant to the Stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice. Each of the parties shall bear its/his/her own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: December 18, 2009_     _____
                              Honorable Percy Anderson
                              Judge, United States District Court

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4850-9579-4693 v1                    [PROPOSED] ORDER RE DISMISSAL